PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: James Howard

Cr.: 08-833-001
PACTS #: 29685

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg, U.S.D.J.

Date of Original Sentence: 12/14/09

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence:  20 months imprisonment followed by a 3 year term of supervised release.

Type of Supervision: Supervised Release                Date Supervision Commenced: 04/14/10

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On December 15, 2010, Howard was arrested by officers of the Newark Police Department and charged with aggravated assault, possession of a weapon, and possession of a weapon for an unlawful purpose (Complaint # W 2010-026699-0714). The charges stem from a domestic dispute between the offender and S.T. wherein the offender cut the hand and body of S.T. with a knife. This matter is currently pending in the Superior Court of New Jersey in Essex County. |

U.S. Probation Officer Action:

Inasmuch as the criminal charges against Howard were dismissed in the Newark Municipal Court on April 8, 2011, it is respectfully recommended that no further action be taken at this time.

Respectfully submitted,

By:  Paul E. Cholnski
U.S. Probation Officer
Date:  04/15/2011

---

*No response is necessary unless the Court directs that additional action be taken as follows:*

[  ] Submit a Request for Modifying the Conditions or Term of Supervision
[  ] Submit a Request for Warrant or Summons
[  ] Other

Signature of Judicial Officer

4/18/11
Date